EMANUEL PATRIKES et al., Appellants, *v.* J. C. H. SERVICE STATIONS, INC., Respondent.

Supreme Court, Appellate Term, Second Department, July 1, 1943.

*Harry Meisnere* for appellants.

*M. Edward Katz* for respondent.

Judgment and orders affirmed, with costs. No opinion.

MacCRATE, SMITH and STEINBRINK, JJ., concur.